UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA E. NELSON, </br> </br>     Plaintiff, </br> </br> vs. </br> </br> MICHAEL J. ASTRUE, </br> Commissioner of Social Security, </br> </br>     Defendant. | NO. CV-11-0003-JPH </br> </br> **JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 11th day of June, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by:  s/Pamela A. Howard
       Deputy Clerk




cc: all counsel